# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5144**                    **September Term, 2025**

**1:25-cv-01015-RCL**
**1:25-cv-00887-RCL**
**1:25-cv-00966-RCL**
**1:25-cv-00907-RCL**

**Filed On: September 10, 2025**

Patsy Widakuswara, et al.,

      Appellees

   v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the U.S.
Agency for Global Media, et al.,

      Appellants

**No. 25-5145**

**1:25-cv-00887-RCL**

Michael Abramowitz, in his official capacity as
Director of Voice of America, et al.,

      Appellees

   v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

      Appellants

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5144**                                      **September Term, 2025**

**No. 25-5150**

                                                                    **1:25-cv-00966-RCL**

Middle East Broadcasting Networks, Inc.,

      Appellee

   v.

United States of America, et al.,

      Appellants

**No. 25-5151**

                                                                    **1:25-cv-00907-RCL**

Radio Free Asia,

      Appellee

   v.

United States of America, et al.,

      Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these related cases scheduled for September 22, 2025, at 9:30 A.M.:

Personnel Issues:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes (to be divided between two attorneys) |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5144**                                **September Term, 2025**

Grants Issues:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes (to be divided between two attorneys) |

The panel considering these cases will consist of Circuit Judges Henderson, Wilkins, and Katsas.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 12, 2025.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)